```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     HARRISON DIVISION
```

**CITY OF BERRYVILLE, ARKANSAS,**
a municipal corporation                                      **PLAINTIFF**

       v.                Civil No. 08-3041

**LATTER DAY SAINTS c/o LDS**
**CHURCH TAX ADM**                                           **DEFENDANT**

<u>O R D E R</u>

Now on this 13th day of May, 2009, comes on for consideration the parties' **Joint Motion For Order Of Disbursement And Dismissal** (document #18), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that the Clerk of Court transmit a copy of this Order to the Circuit Clerk of Carroll County, Arkansas.

**IT IS FURTHER ORDERED** that the Circuit Clerk of Carroll County, Arkansas, pay over to defendant the sum of $75,000.00, with accrued interest, now being held in the Registry of that Court in connection with removed case number CV 2008-120. A check for the proper amount should be made payable to Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter Day Saints, and should be mailed to defendant's attorney, Robert K. Rhoads, at Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., 75 N. East Avenue, Suite 402, Fayetteville, AR  72701-5388.

**IT IS FURTHER ORDERED** that this matter is **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE